**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

AARON WHITFIELD,

        Petitioner,

vs.                               CASE NO. 5:07cv120/RS-EMT

WALTER McNEIL,

        Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation

(Doc. 21). Petitioner has not filed objections.

**IT IS ORDERED:**

1.     The Magistrate Judge's Order, Report and Recommendation is adopted

and incorporated in this Order.

2.     The Petition for Writ of Habeas Corpus (Doc. 1) is **denied.**

3.     This case is dismissed, and the clerk is directed to close the file.

**ORDERED** on May 13, 2010.

/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**